## EX PARTE GERTRUDE BERRY ET AL.

*No. 975.    Decided December 12.*

**Habeas Corpus to Obtain Custody of a Child—Jurisdiction.**—A proceeding by habeas corpus, sued out by parents to obtain possession and custody of their child, is a civil action of which the Court of Criminal Appeals has no jurisdiction. Following Ex Parte Reed, ante, p. 9.

APPEAL from the County Court of Houston. Tried below before Hon. A. A. ALDRICH, County Judge.

The case is stated in the opinion.

*Madden & Lipscomb,* for relators.

No brief for respondent.

DAVIDSON, JUDGE.—For the purpose of determining the question as to who should have the care, custody, and control of a minor, a writ of habeas corpus was sued out by the parents, as against the grand-parents. Upon the trial, the custody of the child was awarded to the grandparents, and this appeal prosecuted. Motion to dismiss the appeal is made, upon the ground that this court has no jurisdiction of such appeals. The motion must be sustained. The proceeding, as pre-sented by the record, is a civil action. The jurisdiction of this court attaches on appeal only in criminal causes. This is settled by the Constitution in defining the powers and jurisdiction of this court. We deem it unnecessary to discuss the matter further. Ex Parte Reed, ante, p. 9; Legate v. Legate, 87 Texas, 248.

The appeal is dismissed.

*Dismissed.*

Judges all present and concurring.